# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Gary Hanley

                                        Plaintiff,

v.                                                                      Case No.: 1:12−cv−04158
                                                                           Honorable Ruben Castillo

Green Tree Servicing, LLC

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 28, 2014:

      MINUTE entry before the Honorable Ruben Castillo:Status hearing held on 1/28/2014. Counsel appeared and advised the court that the parties have reached an individual settlement. This case is hereby dismissed without prejudice subject to a dismissal with prejudice upon the filing of a stipulation or appropriate settlement documents within the next 30 days. Defendant's motion to dismiss [80] is denied as moot. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.